FILED

07/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0711

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0711

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

KARI LYNN DERBY,

> Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion to supplement the record and stay the briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED that the following transcripts shall be prepared and placed in the file of this Court in this cause on or before September 7, 2021:

**9-4-19**     Initial Appearance on Amended Information and Hearing on Motions in Limine

No extensions will be granted.

IT IS FURTHER ORDERED that the opening brief is due 30 days after the filing of the transcripts, or no later than October 7, 2021.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the District Court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2021